**1144**

SEIDMAN et al., Respondents, v. JACOB-OWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Frank Seidman and others against Nathan Jacobowitz and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

In re SEVENTY-SEVENTH ST. IN CITY OF NEW YORK (two cases). (Supreme Court, Appellate Division, Second Department. June 18, 1908.) In the matter of the application of the city of New York relative to acquiring title to Seventy-Seventh street, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs.

SHEA v. BERGEN et al. (Supreme Court, Appellate Division, Second Department. June 2, 1908.) Action by Joseph Shea against George P. Bergen, as executor, etc., of Ann Shea, deceased, and individually, impleaded with Charles J. Campbell and others. No opinion. Motion denied.

In re SHEEHAN. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Dennis E. Sheehan, A. F. Murray, for appellant. W. B. Robinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHEILDS, Respondent, v. PAUL B. PUGH & CO., Appellants, et al. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Annie Sheilds, as administratrix, against Paul B. Pugh & Co., impleaded with others. F. V. Johnson, for appellants. M. J. O'Brien, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on 122 App. Div. 586, 107 N. Y. Supp. 604. Order filed.

SHOEMAKER, Respondent, v. BURLINGHAM, Appellant. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Henry W. Shoemaker against Hiram Burlingham. J. W. Van Gordon, for appellant. H. G. Gray, for repsondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHONSKY, Appellant, v. HUDSON PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Kostantena Shonsky, as administratrix, etc., against the Hudson Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

SILBERMAN, Respondent, v. LAMCHICK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Jacob Silberman against Louis Lamchick and another, copartners, etc. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

SILBERMAN, Appellant, v. SNARE & TRIEST CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. June 26. 1908.) Action by Samuel J. Silberman against the Snare & Triest Company, impleaded with others. T. P. Hays, for appellant. E. T. Gibson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIMPSON v. BERKOWITZ. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Jaruchim H. Simpson against Harry Berkowitz. No opinion. Application denied, with $10 costs. Order signed.

SINCLAIR, Appellant, v. T. G. HAWKES & CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Henry P. Sinclair against T. G. Hawkes & Co. and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., not sitting.

SIRAGUSA, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Nicola Siragusa against the city of New York. T. Connoly, for appellant. J. J. Freschi, for respondent. No opinion. Order reversed, with costs, and motion denied, with costs, and verdict reinstated. Order filed.

SKELLY, Respondent, v. ARTHUR, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Mary Skelly against John Arthur. No opinion. Judgment of the Municipal Court affirmed, with costs.

SKINNER, Respondent, v. JOHN V. SCHAEFER, JR., & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by James H. Skinner against John V. Schaefer, Jr., & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

SLATER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Annie Slater against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

SLAVIK v. SUPREME LODGE OF ALL BOHEMIAN LADIES. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Frank Slavik against the Supreme Lodge of all Bohemian Ladies. No opinion. Application denied, with $10 costs. Order signed.

SLOAN, Appellant, v. BEARD, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by James Sloan against Grace F. Beard. No opinion. Motion to resettle order granted.